CITY OF TRENTON, A MUNICIPAL CORPORATION, PLAIN-
TIFF-RESPONDENT v. FOWLER-THORNE COMPANY, A
CORPORATION, AND SEABOARD SURETY COMPANY,
A CORPORATION, DEFENDANTS-APPELLANTS.

Argued April 5, 1960—Decided April 25, 1960.

*Mr. Richard J. Casey* argued the cause for the defendant-
appellant.

*Mr. Harvey L. Stern* argued the cause for the plaintiff-
respondent (*Mr. Louis C. Josephson,* attorney).

PER CURIAM. We think it unnecessary to decide whether
the individual commissioner had authority to institute the
action or whether defendant may inquire into the question.
We agree with the majority opinion of the Appellate Division
that in any event the issue was eliminated by ratification.
The question whether the 6 or 16 year statute of limitations
applies need not be considered.

The judgment is affirmed.

*For affirmance*—Chief Justice WEINTRAUB, and Justices
BURLING, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.